FILED ___ ENTERED
LODGED ___ RECEIVED

APR 10 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICKEY CALHOUN,

    Plaintiff,

v.

KING COUNTY PROSECUTORS' OFFICE, et al.,

    Defendants.

CASE NO.   C07-1758-JLR-JPD

ORDER DISMISSING § 1983 ACTION

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this action are DISMISSED for failure to state a claim upon which relief can be granted.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 10th day of April, 2008.

JAMES L. ROBART
United States District Judge

07-CV-01758-ORD

ORDER DISMISSING § 1983 ACTION